TANA SPORTFISHING CORP. v. STATE OF NEW JERSEY, DE-
PARTMENT OF TREASURY, DIVISION OF TAXATION.

October 24, 1988.

Petition for certification denied.

MONTEGO BAY, INC. v. BOARD OF COMMISSIONERS OF THE
BOROUGH OF BELMAR.

October 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL J. MADURO.

October 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHNNY RODRIGUEZ.

October 24, 1988.

Petition for certification denied.